UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

WELLS FARGO BANK, N.A., as Trustee for the
Registered Holders of LaSalle Commercial Mortgage
Securities Trust 2007-MF5, Commercial Mortgage
Pass-Through Certificates, Series 2007-MF5, acting
by and through its Special Servicer MIDLAND
LOAN SERVICES, INC.,

                        Plaintiff,

         -against-                     11 Civ. 4062 (JPO)

BANK OF AMERICA, N.A.,                    ORDER

                        Defendant/Third-
                        Party Plaintiff,

         -against-

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, successor by merger to LAWYERS
TITLE INSURANCE CORPORATION,

                        Third-Party
                        Defendant.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 14 2012

J. PAUL OETKEN, District Judge:

       WHEREAS, currently pending before the Court in this case are several cross-motions for partial summary judgment and dismissal (Dkt. Nos. 30, 37, 57, and 65); and

       WHEREAS, the case has been stayed at the request of the parties to give the parties the opportunity to participate in private mediation (*see* Dkt. No. 78); it is hereby

ORDERED that the pending motions are hereby terminated, without prejudice to the automatic reinstatement of the motions upon the lifting of the stay.

Dated: New York, New York
September 14, 2012

_____
J. PAUL OETKEN
United States District Judge