```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
WELLS FARGO BANK, N.A., as Trustee for the :
Registered Holders of LaSalle Commercial :
Mortgage Securities Trust 2007-MF5, Commercial :
Mortgage Pass-Through Certificates, :
Series 2007-MF5, acting by and through its Special :
Servicer MIDLAND LOAN SERVICES, INC., :
               Plaintiff, :
:
      -against- :   11 Civ. 4062 (JPO)
:
BANK OF AMERICA, N.A., :   ORDER
               Defendant/Third :
               Party Plaintiff. :
      -against- :
:
FIDELITY NATIONAL TITLE INSURANCE :
COMPANY, successor by merger to LAWYERS :
TITLE INSURANCE CORPORATION, :
               Third-Party :
               Defendant. :
:
------------------------------------------------------------- X

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       August 21, 2013

                                                  _____
                                                  J. PAUL OETKEN
                                                  United States District Judge